UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JORGE L. DUPREY
    Plaintiff,

2003 DEC -3  A 10: 41

Vs.

Civil No. 301CV2278(SRU)

ONESOURCE FACILITY SERVICES, INC.
AND NANCY MURRAY,
    Defendants,

October 2, 2003

## AFFIDAVIT OF RICARDO QUIROZ

I, RICARDO QUIROZ, being first duly sworn, hereby depose and state as follows:

1.    I am over the age of 18 years and believe in the obligations of an oath.

2.    I reside in Hartford, Connecticut.

3.    I am of Hispanic national origin, having been born in Lima, Peru.

4.    I was employed by Corporate Maintenance Services (CMS) from 1995 and remained employed with its successor, OneSource Facility Services, Inc. (OneSource) until January 2002.

5.    I met Jorge Duprey in 1995 when I started working at the state capitol for CMS.

6.    Not routinely, but occasionally, I worked with Jorge on various assignments.

7.    I regard Jorge as a good employee, a good worker and a good man.

8.    I have had frequent opportunities to observe the relationship between Jorge Duprey and Nancy Murray and I have observed Nancy Murray bother and harass Jorge Duprey a lot.

9.    After working for CMS and Nancy Murray for about 1½ years, Nancy promoted me to the position of Operations Manager, but after working in that position for a short time, Nancy introduced me to a white man whom she instructed me to train, and after about a month

this white man displaced me as Operations Manager.

10.    When I inquired why this white man took my job, Nancy never gave me a reason.

11.    Based upon how I have observed Nancy Murray treat Jorge Duprey, Ciro Zelaya, Stafford Campbell and me, I feel that Nancy Murray is racist.

12.    In about 1999, I had requested vacation from May 11 to May 24 for the purpose of seeing my mother in Peru on Mother's Day and although I hadn't seen my mother in twenty (20) years, my request was denied.

13.    In the same year (about 1999), Nancy Murray approved a vacation request for some time in April or May for Jack Duggan, a white male, even though Jack Duggan had used all of his vacation time for that year and even though my request for vacation time was submitted prior to that of Jack Duggan.

14.    In about 2001, I was subpoenaed to testify at an arbitration proceeding in behalf of Jorge Duprey whom I felt was wrongfully terminated, and when I returned to work Nancy Murray summoned me to her office and angrily demanded to know who gave me permission to attend the arbitration proceeding.

15.    OneSource employees who support fellow employees involved in grievance procedures and employment discrimination complaints are often subjected to harassment and retaliation by Nancy Murray and other managers.

16.    Maureen Burris, a white female, was hired for an electrical apprentice position without possessing any qualifications or any experience.

17.    All of the other workers anticipated and expected that Jorge Duprey, rather than Maureen Burris, would get the electrical apprentice position because of his experience as an audio visual assistant and the occasional assistance he provided to the electricians.

18. One day Jorge Duprey and I were in Nancy Murray's office and Jorge Duprey reminded me in Spanish to mention to Nancy Murray that he still needed uniforms, and Nancy Murray admonished us for speaking Spanish and angrily asked us to leave her office unless we spoke in English.

19. On a prior occasion, Jorge Duprey, Maria Ruiz and I were translating for two individuals who were attempting to complete a job application when Nancy Murray's secretary, Karen Hansen, began swearing at us in a loud, angry voice to leave her area if we were going to speak Spanish.

20. During this entire incident involving Karen Hansen, Nancy Murray was in her office with her door open, and she never reacted to what was occurring.

21. On another occasion, Ciro Zelaya, Maria Ruiz, William Varona, Pedro Matallana and I were speaking Spanish to one another while we were moving furniture in Room 107 of the state capitol building when Nancy Murray came along and stated that everybody is supposed to speak English I don't want to hear anybody speaking Spanish.

22. While many employees may speak Spanish during the day to one another, everybody was intimidated and hesitant to speak Spanish when Nancy Murray came around the work area.

_____
Ricardo Quiroz

Signed and sworn to before me
this 2nd day of October 2003

_____
Foye Smith
Commissioner of Superior Court

FOYE A. SMITH
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/2007

# State of Connecticut
## Department of Consumer Protection



# LICENSE VERIFICATION

This is to certify that the Connecticut Department of Consumer Protection's records indicate the following information regarding:

### KEVIN BREAULT
### 55 SALEM RD
### E HARTFORD, CT 06118

| | |
|---|---|
| Credential Number: | TVR.701729 |
| Credential Type: | TV & RADIO OWNER TECHNICIAN |
| Credential Status: | ACTIVE |
| Application Date: | 08/10/2001 |
| Exam Date: | 06/15/02 |
| Effective Date: | 09/01/2002 |
| Expiration Date: | 08/31/2003 |

There are no complaint or Disciplinary actions taken against this License.

If you have any questions relative to this matter, please contact the Department of Consumer Protection.

Teslyn Bernard
Office Supervisor
5/19/03

**License Services Division**
**165 Capitol Avenue ✦ Hartford Connecticut 06106**
Telephone: (860) 713-6000 ✦ FAX: (860) 713-7229
E-Mail: license.services@po.state.ct.us
WebSite: www.state.ct.us/dcp/

## CERTIFICATION

This is to certify that a true copy of the foregoing memorandum* was served upon Edward M. Richters, Esq., by facsimile transmission on November 12, 2003 to (860) 247-1330 and hand delivered on December 3, 2003 to 55 Farmington Avenue, Hartford, CT 06105.

ERIC D. COLEMAN

* and Affidavit of Jorge Duprey (5 pgs.), affidavit of John Cyr (2 pgs), Affidavit of Ricardo Quiroz (3 pgs.) and copy of Dept. of Consumer Protection License Verification regarding Kevin Breault.