FILED

2003 DEC -3 A 10: 41

US DISTRICT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JORGE L. DUPREY
    Plaintiff,

VS.

Civil No. 301CV2278(SRU)

ONESOURCE FACILITY SERVICES, INC.
AND NANCY MURRAY,
    Defendants,

October 2, 2003

### AFFIDAVIT OF JOHN CYR

I, JOHN CYR, being first duly sworn, hereby depose and state as follows:

1. I am over the age of 18 years and I believe in the obligations of oath.

2. I reside in Glastonbury, Connecticut.

3. I have worked for Corporate Maintenance Services (CMS) and OneSource Facilities Services, Inc. (OneSource) beginning in 1997 as an electrician.

4. I have occasionally worked with Jorge Duprey and I deem him to be a good worker and I have never had any problem with his ability to perform his job.

5. I have had an opportunity to observe a considerable amount of tension in the relationship between Nancy Murray and Jorge Duprey.

6. Nancy Murray demonstrated a totally different demeanor toward Jorge than she does toward most other OneSource employees, including using an abrasive tone of voice when speaking to Jorge, inquiring over the radio concerning Jorge's every move while other workers may be screwing around right in front of her.

7. I believe that Jorge Duprey felt very frustrated, humiliated and disparaged as a result of the way he was treated by Nancy Murray and other managers.

8. I do not believe that the license requirement is necessary for the audio visual assistant's position because those that possess the license are not really being paid for it.

9. Maureen Burris, a white female, of Torrington, Connecticut, was hired to work as an electrical apprentice even though she possessed no license, no electrical training whatsoever and no knowledge of the building.

10. When Kevin Breault came to work for OneSource as an audio visual technician he only possessed a V2 license, and even though the requirement was upgraded to require a V1 license Kevin Breault continued working in the position while he only possessed a V2 license.

11. Tom Paquette who now works for CTN was Jorge Dupery's former boss and he had no license at all when he came to work for OneSource as an audio visual technician.

_____
John Cyr

Signed and sworn to before me
This 3rd October 2003

_____
Commissioner of Superior Court
Notary Public

FOYE A. SMITH
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/2007