JS-10

TOTAL TIME: **2** hours **25** minutes   DEPUTY CLERK **Montz**   HONORABLE **Stefan Underhill**   RPTR/ERO/TAPE **Catucci**

DATE **12-10-03**   START TIME **1135**   END TIME **2:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv2278 (SRU)**

**Duprey**
vs.
**One Source Facility**

Plaintiffs Counsel: **Eric Coleman**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Edward Richters**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrg.) Motion Hearing
☐ (contphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ #11   Motion **Deft's mot for S.J.**   ☑ granted ☐ denied ☐ advisement
☑ #21   Motion **Deft's mot for S.J.**   ☑ granted ☐ denied ☐ advisement
         Motion _____   ☐ granted ☐ denied ☐ advisement
         Motion _____   ☐ granted ☐ denied ☐ advisement
         Motion _____   ☐ granted ☐ denied ☐ advisement
         Motion _____   ☐ granted ☐ denied ☐ advisement
         Motion _____   ☐ granted ☐ denied ☐ advisement
         Oral Motion _____   ☐ granted ☐ denied ☐ advisement
         Oral Motion _____   ☐ granted ☐ denied ☐ advisement
         Oral Motion _____   ☐ granted ☐ denied ☐ advisement
         Oral Motion _____   ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

_____ Hearing continued until _____ at _____