# United States District Court

DISTRICT OF _____

Duprey
v.
One Source Facility

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01cv2278(SRU)

PRESIDING JUDGE: Stefan Underhill
PLAINTIFF'S ATTORNEY: Eric Coleman
DEFENDANT'S ATTORNEY: Edward Richters

TRIAL DATE(S): 12-10-03
COURT REPORTER: Eve Catucci
COURTROOM DEPUTY: Alice Montz

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12-10-03 |  |  | Employee New Hire - Information Rec'd 12/10/03 E.M./R.M. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages