UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 01CV2278 JGMT

2003 DEC 16 A 9:16

JORGE DUPREY

v                          3:01cv2278 (SRU)

ONESOURCE FACILITY SERVICE, INC.
NANCY MURRAY

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and oral argument was held on December 10, 2003 granting the defendants' motions for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 15th day of December, 2003.

Kevin F. Rowe, Clerk

By _____
    Deputy Clerk

Entered on Docket _____