UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE L. DUPREY<br>    Plaintiff,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES, INC.<br>AND NANCY MURRAY, INDIVIDUALLY<br>AND IN HER OFFICIAL CAPACITY,<br>    Defendants. | Civil No. 301CV2278(SRU)<br><br><br>January 20, 2004 |

### DEFENDANTS' VERIFIED BILL OF COSTS

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 54, the prevailing parties in this action, Defendants OneSource Facility Services, Inc. and Nancy Murray, hereby submit this verified Bill of Costs.

On December 15, 2003, a judgment was entered in favor of the Defendants on all counts of Plaintiff's Complaint. The Plaintiff has not filed a timely notice of appeal with the district clerk in accordance with Fed. R. App. P.4 (a)(1)(A).

The following is a detailed itemization of the costs incurred by the Defendants that are taxable pursuant to D. Conn. L. Civ. R. 54.

    1    **Fees of the Court Reporter**

        Deposition Transcripts Necessarily Obtained
        For Preparation Of The Case, Used For Cross Examination,
        Impeachment:

        Deposition transcripts of deposition of Jorge Duprey on
        October 17, 2002 and December 11, 2002, used in the motion
        for summary judgment. (invoice attached).

                                                                                                                                                   $1,832.21

2. **Fees for Copies of Papers Necessarily Obtained for Use in the Case.**

The Defendants incurred the following cost for one copy of summary judgment documents filed with Court.

122 copies at 15 cents per page          $ 18.30

**TOTAL COSTS    $1,850.51**

Respectfully submitted,

ONE SOURCE FACILITY SERVICES, INC. and
NANCY MURRAY

By: _____
Edward M. Richters (ct08043)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06106
Tel.  (860) 522-0404
Fax  (860) 247-1330
richtere@jacksonlewis.com

## VERIFICATION

Pursuant to 28 U.S.C. § 1924, I, Edward M. Richters, hereby declare as follows:

1. I am the authorized attorney for the Defendants, OneSource Facility Services, Inc and Nancy Murray, and have knowledge of the facts concerning the costs incurred by Defendants in defending this matter.

2. I have carefully reviewed Defendant's Verified Bill of Costs and verify that the items are correct, that the costs were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3. I have attached invoices for the court reporter fees associated with this Bill of Costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2004.

_____
Edward M. Richters

Signed and sworn to before me
this 20th day of January, 2004.

_____
Commissioner of Superior Court

3

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2004, a copy of the foregoing was served upon Eric D. Coleman, Esq., 101 Oak Street, Hartford, CT 06106 by first-class mail, postage prepaid.

_____
Edward M. Richters

# Brandon Smith Reporting Service, LLC                                    Statement

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Date |
|---|
| 6/27/2003 |

Edward M. Richters
Jackson Lewis, LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

Phone  (860) 522-0404
Fax

| Invoice # | Billed | Job Date | Witness | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| **Duprey s. Onesource** | | | | | | |
| 301pr | 11/1/2002 | 10/17/2002 | Duprey, Jorge | | | $959.83 |
| 469ss | 12/23/2002 | 12/11/2002 | Duprey, Jorge | | | $872.38 |
| | | | | | **Case Total** | **$1,832.21** |

*We accept Visa, Mastercard and American Express!*