UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2004 JAN 21  A 9:58
US DIST
BRIDG

DUPREY
ntiff,

: Civil No. 301CV2278(SRU)

:CE FACILITY SERVICES, INC.
ICY MURRAY, INDIVIDUALLY
ER OFFICIAL CAPACITY,
endants.

January 20, 2004

### DEFENDANTS' VERIFIED BILL OF COSTS

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D. Conn. L. the prevailing parties in this action, Defendants OneSource Facility Services, Inc. and ray, hereby submit this verified Bill of Costs.

On December 15, 2003, a judgment was entered in favor of the Defendants on all 'laintiff's Complaint. The Plaintiff has not filed a timely notice of appeal with the k in accordance with Fed. R. App. P.4 (a)(1)(A).

The following is a detailed itemization of the costs incurred by the Defendants :able pursuant to D. Conn. L. Civ. R. 54.

1    **Fees of the Court Reporter**

Deposition Transcripts Necessarily Obtained
For Preparation Of The Case, Used For Cross Examination,
Impeachment:

Deposition transcripts of deposition of Jorge Duprey on
October 17, 2002 and December 11, 2002, used in the motion
for summary judgment. (invoice attached).
$1,832.21



January 20, 2004 - DENIED without prejudice to renewal upon submitting appropriate and complete documentation showing the number of pages and the page rate of the deposition transcript claim.
KEVIN F. ROWE, Clerk
By _____ Deputy-in-Charge

2004 JAN 27 A 9:36
US DIST
BRIDG